IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANA BIEDERMAN, individually,<br><br>      Plaintiff,<br><br>v.<br><br>(2) ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY, a foreign for profit insurance company,<br><br>      Defendant. | Case No. 12-CV-251-GKF-TLW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Ana Biederman and Defendant, Allmerica Financial Benefit Insurance Company, through their respective counsel, hereby stipulate to dismissal of this action with prejudice to future re-filing, including all claims that were or could have been asserted in this action. Each party shall bear her or its own attorneys' fees and costs.

Dated: December 27, 2012.

                Respectfully submitted,

By: /s/ Michael P. Atkinson
   Michael P. Atkinson, OBA #374
   Andrew C. Jayne, OBA #19493
   Andrew Wakeman, OBA #21393
   525 South Main, Suite 1500
   Tulsa, Oklahoma 74103-4524
   Phone (918) 582-8877
   Facsimile (918) 585-8096
   **ATTORNEYS FOR PLAINTIFF**

and

By: /s/ Randall E. Long
DAN S. FOLLUO, OBA #11303
RANDALL E. LONG, OBA #22216
RHODES, HIERONYMUS, JONES,
TUCKER & GABLE, P.L.L.C.
P.O. Box 21100
Tulsa, Oklahoma 74121
Phone (918) 582-1173
Facsimile (918) 592-3390
dfolluo@rhodesokla.com
rlong@rhodesokla.com
**ATTORNEYS FOR ALLMERICA FINANCIAL BENEFIT INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2012, I electronically transmitted the foregoing document to the Clerk of the Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael P. Atkinson

Andrew C. Jayne

Andrew Wakeman

/s/ Randall E. Long